IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LEON CAMMACK                                                          PETITIONER

VERSUS                                               CIVIL ACTION NO. 5:23-cv-61-DCB-FKB

HERBERT YOUNG                                                        RESPONDENT

# FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order of Dismissal entered this date and incorporated herein by reference,

IT IS, THEREFORE, ORDERED AND ADJUDGED that, this civil action is dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 17th day of October, 2023.

s/David Bramlette
UNITED STATES DISTRICT JUDGE